**STATE of Missouri, Respondent,**

v.

**Darrell BOLDEN, Appellant.**

**No. ED 101297**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: May 5, 2015

Margaret Mueller Johnson, 1000 West Nifong, Bldg. 7, Suite 100, Columbia, MO 65203, for appellant.

Chris Koster, Karen L. Kramer, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### *ORDER*

PER CURIAM

Darrell Bolden appeals the trial court's judgment and sentence after a jury convicted him of multiple counts of robbery and armed criminal action.

We have reviewed the briefs of the parties and the record on appeal and find no

error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).